IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-04006-CR-C-BP-01 |
| ) | |
| SILVER MONTANA BONILLA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 29, 2014, Magistrate Judge Matt J. Whitworth issued his Report and Recommendation, (Doc. 43), concluding that the Court should deny Defendant Silver Montana Bonilla's Motion to Dismiss the Indictment. (Doc. 17.) Neither party objected to the Report. The Court has conducted an independent review of the Report, the Indictment, and the parties' briefs. The Court will adopt Judge Whitworth's Report in full as its Order.

Accordingly, Defendant Bonilla's Motion to Dismiss the Indictment, (Doc. 17), is **DENIED**. Further, Defendant's alternative Motion to exclude evidence of his criminal record under Federal Rules of Evidence 401, 403, and 404, (Doc. 17), is **DENIED without prejudice**. The issue of the admissibility of this evidence may be raised again at trial.

**IT IS SO ORDERED.**

                                                              /s/ Beth Phillips
                                                              BETH PHILLIPS, JUDGE
                                                              UNITED STATES DISTRICT COURT

DATE: 7/31/2014